# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137975

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 137975
                                    COA: 280616
                                    Saginaw CC: 06-027629-FH

GAYLEN DARRELL BOND,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 30, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009                                           _____

0316                                                        Clerk